USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11



RECEIVED
AUG - 4 2011
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                            :
UNITED STATES OF AMERICA     CONSENT ORDER OF FORFEITURE
                            :
       -v.-                  10 Cr. 675 (RJH)
                            :
CURTIS POPE,
                            :
        Defendant.
                            :
- - - - - - - - - - - - - - - - x

        WHEREAS, on or about July 30, 2011, CURTIS POPE (the "Defendant") was charged in a three-count Information, 10 Cr. 675 (RJH) (the "Information"), with conspiring to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One); conspiring to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); and conspiring to operate an illegal gambling business, in violation of Title 18, United States Code, Section 371 (Count Three);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information seeking, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the money laundering conspiracy offense and all property traceable to such property, including but not limited to the following:

        a.    At least approximately $543,210,092 in United States currency, in that such sum in aggregate is property which

was involved in the money laundering offense or is traceable to such property;

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information seeking, pursuant to Title 18, United States Code, Section 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the bank fraud conspiracy offense, including but not limited to the following:

    a.    At least $543,210,092 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the bank fraud conspiracy offense;

WHEREAS, the Information included a forfeiture allegation as to Count Three of the Information seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the gambling conspiracy offense, including but not limited to the following:

    a.    At least $543,210,092 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the gambling conspiracy offense;

WHEREAS, on or about October 8, 2010, the Defendant pled guilty to the Information;

WHEREAS, the Defendant consents to entry of a money judgment in the amount of $10,340,000 in United States currency, representing the amount of proceeds obtained as a result of the offenses charged in Counts Two and Three of the Information and property which was involved in the offense charged in Count One of the Information or is traceable to such property;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Arlo Devlin Brown, of counsel, and the Defendant, and his counsel, Joseph J. Aronica, Esq. that:

1. As a result of the offenses charged in the Information, to which the Defendant pled guilty, a money judgment in the amount of $10,340,000 in United States currency (the "Money Judgment") shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be final as to the Defendant upon entry of this Order, and shall be made part of the sentence of the Defendant, CURTIS POPE, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Consent Order of Forfeiture and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service (or its designee) shall be

3



authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

5. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Order of Forfeiture to Assistant United States Attorney Michael D. Lockard, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

4

8.  The signature pages of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____          8-3-11
    Arlo Devlin-Brown                         DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2506

CURTIS POPE
DEFENDANT

By: _____          7-27-2011
    Curtis Pope                              DATE

By: _____          21 July 2011
    Joseph J. Aronica, Esq.                  DATE
    Attorney for Defendant
    Duane Morris LLP
    505 9th Street, N.W., Suite 1000
    Washington, DC 20004
    (202) 776-7824

SO ORDERED:

_____              8/16/11
HONORABLE RICHARD J. HOLWELL                 DATE
UNITED STATES DISTRICT JUDGE