

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JOSEPH J. ARONICA
DIRECT DIAL: 202.776.7824
PERSONAL FAX: 202.478.1885
E-MAIL: JJAronica@duanemorris.com

www.duanemorris.com

August 19, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/11
```

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **U.S. v. Curtis Pope, 1:10-cr-00675 (S.D. NY)**

Dear Judge Holwell:

Curtis Pope, who lives in Florida, is scheduled to surrender on August 22, 2011 before 2:00 p.m. The Bureau of Prisons, although having received his case, has not yet designated him to a proper facility because his case has been forwarded to the Office of Medical Designation. Because of that, he has been directed to surrender to the U.S. Marshall Service at Pearl Street.

We request that his surrender date be adjourned until September 19, 2011, at which time we expect a designation to have been made.

AUSA Arlo Devlin-Brown does not oppose this request.

Thank you for your consideration.

*Application Granted*
*SO ORDERED*
*USDJ 8/19/11*

Sincerely,

Joseph J. Aronica
Partner

cc:   Arlo Devlin-Brown, United States Attorney's Office
      Dawn Doino, United States Probation Office
      Yolette Leopold, United States Probation Office

DUANE MORRIS LLP
505 9TH STREET, N.W., SUITE 1000   WASHINGTON, DC 20004-2166         PHONE: 202.776.7800   FAX: 202.776.7801